# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 2, 2021

Bridget M. McCormack,
Chief Justice

160813(98)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

GRANT BAUSERMAN, KARL WILLIAMS
and TEDDY BROE, on Behalf of Themselves
and All Others Similarly Situated,
      Plaintiffs-Appellees,

v

UNEMPLOYMENT INSURANCE AGENCY,
      Defendant-Appellant.
_____/

SC: 160813
COA: 333181
Ct of Claims: 15-000202-MM

On order of the Chief Justice, the second motion of plaintiffs-appellees to extend the time for filing their supplement brief is GRANTED. The supplemental brief will be accepted as timely filed if submitted on or before April 14, 2021.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 2, 2021



Clerk